SADIE BRILL et al., as Executrices of SOL BRILL, Deceased, Respondents, *v.* HARRY BRANDT et al., Appellants.

Argued June 18, 1942; decided July 29, 1942.

*Arthur Sheinberg, Milton C. Weisman* and *Fred Jacobs* for Harry Brandt, appellant.

*Robert Abelow* for Sidney Satenstein, appellant.

*Arthur H. Schwartz, Herman Finkelstein* and *Herbert P. Jacoby* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.